IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| ABDIFATAH AHMED, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 160250R |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION**[1] |

This matter came before the court on Defendant's Answer, filed August 24, 2016.

Plaintiff filed his Complaint on June 24, 2016, appealing Defendant's Notice of Assessment

dated June 15, 2016.  In his Complaint, Plaintiff asked the court to find that he had no Oregon

personal income tax liability for tax year 2015.  (Compl at 1.)  In its Answer, Defendant agreed

that "Plaintiff owes $0.00 income tax to Defendant for tax year 2015."  (Ans at 1.)  Defendant

also wrote, "Plaintiff filed a written objection, which was approved on July 18, 2016.  The

Plaintiff's 2015 Oregon income tax return was accepted as originally filed with $0.00 tax due."

(*Id.*)  Because the parties are in agreement, the case is ready for decision.  Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] This Final Decision incorporates without change the court's Decision, entered September 1, 2016.  The court did not receive a statement of costs and disbursements within 14 days after its Decision was entered.  *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

IT IS THE DECISION OF THIS COURT that Plaintiff's appeal is granted.

Dated this ____ day of September 2016.

_____
RICHARD DAVIS
MAGISTRATE

*If you want to appeal this Final Decision, file a complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within 60 days after the date of the Final Decision or this Final Decision cannot be changed.  TCR-MD 19 B.*

*This document was filed and entered on September 20, 2016.*